1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10 CURTIS SCOTT,

11          Plaintiff,                         No. CIV S-06-2811 GEB GGH P

12     vs.

13 ACLU ORGANIZATION, et al.,

14          Defendants.                  ORDER

15 _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17 to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to

18 28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not

19 been filled out and signed by an authorized prison official.  See 28 U.S.C. § 1915(a)(2).  Plaintiff

20 will be provided another opportunity to submit a fully completed application to proceed in forma

21 pauperis.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1. The Clerk of the Court shall provide plaintiff with another copy of the in forma

24 pauperis application used by this court; and

25 /////

26 /////

1

Dockets.Justia.com

1         2.  Plaintiff shall submit, within thirty days from the date of this order, a fully

2  completed in forma pauperis application.  Plaintiff's failure to comply with this order will result

3  in a recommendation that this action be dismissed without prejudice.

4  DATED: 12/26/06

                                      /s/ Gregory G. Hollows

5

                                      GREGORY G. HOLLOWS

6                                      UNITED STATES MAGISTRATE JUDGE

7  GGH:bb
    scot2811.3c

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2