IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SCOTT,

        Plaintiff,　　　　　　　　No. CIV S-06-2811 GEB GGH P

   vs.

A.C.L.U. ORGANIZATION, et al.,

        Defendants.　　　　　　　　<u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 1/11/07

                                               /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
scot2811.59ggh